# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CR0703 ERW/TCM |
| ) | |
| BOBBY LEE GARRETT, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

In accordance with the Memorandum filed herein,

**IT IS HEREBY RECOMMENDED** that Defendant's Motion to Suppress Pretrial Identification and to Prohibit Trial Identification [Doc. 32] be **DENIED**.

**IT IS FURTHER RECOMMENDED** that Defendant's Motion for Production and Inspection of Grand Jury Transcripts, Recordings, Minutes and Reports [Doc. 28] be **GRANTED** in part and **DENIED** in part as set forth in the Memorandum.

**IT IS FURTHER RECOMMENDED** that Defendant's Motion to Dismiss Indictment [Doc. 29] and Motion to Suppress Statements [Doc. 30] both be **DENIED**.

**IT IS FURTHER RECOMMENDED** that Defendant's Motion to Suppress Evidence [Doc. 31] be **DENIED** as moot.

**IT IS FURTHER RECOMMENDED** that Defendant's Motion to Reveal Identities of Witnesses, Alleged Unindicted Co-Conspirators, and/or Confidential Informants [Doc. 33] and Motion for Bill of Particulars [Doc. 34] both be **DENIED**.

**IT IS FINALLY RECOMMENDED** that Defendant's Motion for Government to Disclose Intention to Use 404(b) Evidence [Doc. 35] be **DENIED** in part and **GRANTED** in part as set forth in the Memorandum.

The parties are advised that they have eleven (11) days in which to file written objections to this Recommendation and the Memorandum incorporated herein pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and that failure to file timely objections may result in waiver of the right to appeal questions of fact. See **Griffini v. Mitchell**, 31 F.3d 690, 692 (8th Cir. 1994).

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of January 2009.