UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CR00703 ERW |
| ) | |
| BOBBY LEE GARRETT, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Defendant's Motion for Production and Inspection of Grand Jury Transcripts, Recordings, Minutes, and Reports [doc. #28]. On April 22, 2009, this Court held that Defendant would be permitted access to "[t]he contents of records or papers used by the jury commission or clerk in connection with the jury selection process," as provided by 28 U.S.C. § 1867(f). Subsequently, on April 28, 2009, this Court held a telephone hearing for the purpose of determining the precise scope of access that would be permitted. At the hearing, counsel for Defendant clarified the scope of the information he seeks. The Court finds that the request is reasonable and will be granted.

The Master Plan for selecting jurors can be found on the Court's website at: www.moed.uscourts.gov. Defendant may readily access that publically disclosed information. Additionally, the Clerk of Court is ordered to produce a demographic profile, by gender and race, of the qualified jury wheel, of those who reported for grand jury selection on October 1, 2008, and of those who actually served.

Accordingly,

**IT IS HEREBY ORDERED** that the above described information shall be captured by the Clerk of Court, transmitted to the Court, and the Court shall supply the information to counsel of record.

Dated this 30th Day of April, 2009.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　E. RICHARD WEBBER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE